**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6035

STEPHEN MARK HAUSE,

Plaintiff – Appellant,

v.

DR. MILES, LCDC Physician; MAJOR JONES, LCDC Supt; THE
LEXINGTON COUNTY DETENTION CENTER, in their individual
and/or official capacities; CORRECT CARE SOLUTIONS,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   Richard Mark Gergel, District
Judge.  (9:13-cv-01271-RMG-BM)

Submitted:  May 29, 2014              Decided:  June 2, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Dismissed in part, affirmed in part by unpublished per curiam
opinion.

Stephen Mark Hause, Appellant Pro Se. Mark Victor Gende, John
Earle Tyler, SWEENY, WINGATE & BARROW, PA, Columbia, South
Carolina; Justin Tyler Bagwell, DAVIDSON & LINDEMANN, PA,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Mark Hause seeks to appeal the district court's order denying his motion for a temporary restraining order and/or preliminary injunction filed in his 42 U.S.C. § 1983 (2012) proceeding. To the extent that Hause seeks to appeal the district court's denial of a temporary restraining order, the denial is not appealable on the circumstances of this case. See Virginia v. Tenneco, Inc., 538 F.2d 1026, 1029-30 (4th Cir. 1976). To the extent that he also sought a preliminary injunction, we have reviewed the record and conclude that the district court's denial of any such request was not an abuse of its discretion. See Dewhurst v. Century Aluminum Co., 649 F.3d 287, 290 (4th Cir. 2011). Accordingly, we dismiss the appeal as to the request for a temporary restraining order and otherwise affirm the district court's judgment. We deny Hause's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED IN PART;
AFFIRMED IN PART